IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADOLFO MOYA SALAZAR, JR, ) <br> ID # 01811309, ) <br>   Petitioner, ) <br> ) <br> vs. ) <br> ) <br> DIRECTOR, Texas Department of ) <br> Criminal Justice, Correctional ) <br> Institutions Division, ) <br>   Respondent. ) | No. 3:19-CV-606-K-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Petition for a Writ of Habeas Corpus by a Person in State Custody*, received on March 12, 2019 (doc. 3), is **DENIED** with prejudice.

SO ORDERED.

Signed January 5th, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE